PEOPLE v. GRAHAM

Appeal from Kent, Stuart Hoffius, J. Submitted Division 3 May 19, 1970, at Detroit. (Docket No. 8,870.) Decided July 2, 1970.

Robert D. Graham was convicted, on his plea of guilty, of entering without breaking. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *James K. Miller,* Prosecuting Attorney, and *Donald A. Johnston, III,* Chief Appellate Attorney, for the people.

*Witters & Lynch,* for defendant.

Before: Lesinski, C. J., and J. H. Gillis and V. J. Brennan, JJ.

Per Curiam. Defendant Graham, while represented by counsel, was arraigned in the Kent County Circuit Court on the charge of entering without breaking contrary to MCLA § 750.111 (Stat Ann 1970 Cum Supp § 28.306). He tendered a plea of guilty which was accepted by the court and he was subsequently sentenced to a term of 1–1/2 to 5 years imprisonment. A timely claim of appeal has been filed on his behalf by court-appointed appellate counsel, which is grounded solely on the contention

that the lower court abused its discretion in imposing sentence. The people have filed a motion to affirm the conviction and sentence.

Since the sentence is well within the statutory maximum any claim that it was too harsh or that the sentence constitutes a denial of equal protection is not reviewable. *People* v. *Hunt* (1969), 16 Mich App 664; *People* v. *O'Den* (1968), 15 Mich App 10.

The motion to affirm is granted.